IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:20-CV-893-ADA |
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC. | § § § § | |
| Defendants. | § § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Huawei Technologies USA Inc. ("Huawei USA") through the undersigned counsel, respectfully moves the Court to extend the time for Huawei USA to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. 1) until and including January 5, 2021.

In exchange for executing a waiver of service for Huawei Technologies Co., Ltd., Plaintiff agreed to not oppose a motion to extend the deadline of Huawei USA to respond to the Complaint to January 5, 2021. *See* Dkt. 15 (waiver of service resulting in January 5, 2021 answer deadline). Thus, the requested extension will not cause delay in this action but, instead, greater efficiency for the Court and all parties. The undersigned counsel conferred with Plaintiff's counsel, and Plaintiff does not oppose the requested extension.

Dated:  October 16, 2020

Respectfully submitted,

*/s/ Jason W. Cook*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
Facsimile: (214) 932-6499
jcook@mcguirewoods.com
shasset@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**MᴄGᴜɪʀᴇWᴏᴏᴅs LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
tvanhoutan@mcguirewoods.com

*Counsel for Defendant Defendants Huawei
Technologies Co., Ltd. and Huawei Technologies
USA Inc.*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify

that on October 16, 2020, all counsel of record who have appeared in this case are being served

with a copy of the foregoing via the Court's CM/ECF system

*/s/ Jason W. Cook*
Jason W. Cook