# EXHIBIT A

## Materials and Other Information Considered

- Plaintiff's Opening Claim Construction Brief (6:20-cv-00889, 6:20-cv-00891, 6:20-cv-00892)
- Plaintiff's Opening Claim Construction Brief (6:20-cv-00893, 6:20-cv-00916, 6:20-cv-00917)
- U.S. Pat. No. 7,406,260 ('260 Patent)
- U.S. Pat. No. 7,423,962 ('962 Patent)
- Prosecution History of the '260 Patent
- Prosecution History of the '962 Patent
- Plaintiff's Preliminary Constructions (6:20-cv-00889, 6:20-cv-00891, 6:20-cv-00892, 6:20-cv-00893, 6:20-cv-00916, 6:20-cv-00917)
- Huawei's Preliminary Constructions (6:20-cv-00889, 6:20-cv-00891, 6:20-cv-00892, 6:20-cv-00893, 6:20-cv-00916, 6:20-cv-00917)