# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br>     *Plaintiff*, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI TECHNOLOGIES USA INC., <br>     *Defendants.* | CIVIL ACTION 6:20-cv-00889-ADA <br> CIVIL ACTION 6:20-cv-00891-ADA <br> CIVIL ACTION 6:20-cv-00892-ADA <br> CIVIL ACTION 6:20-cv-00893-ADA <br> CIVIL ACTION 6:20-cv-00916-ADA <br> CIVIL ACTION 6:20-cv-00917-ADA |

## MOTION TO ENTER PROPOSED ORDER

**TO THE HONORABLE COURT:**

Pursuant to the Court's Standing Order for Discovery Hearings in Patent Cases, WSOU respectfully asks the Court to enter the proposed discovery order attached as Exhibit A, which reflects the Court's order during the August 4, 2021 hearing. Huawei has declined to join this motion, contending that the Court's Standing Order for Discovery Hearings does not require it. WSOU is filing this motion in an abundance of caution because the hearing was treated as a discovery hearing, including requiring the parties to submit a joint table. If the Court does not consider the August 4, 2021 hearing to be a "Discovery Hearing," such that a motion is not required, WSOU nevertheless requests entry of the attached order to memorialize the Court's August 4, 2021 holdings.

Dated: August 11, 2021          Respectfully submitted,

         By:    */s/ Ryan Loveless*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeffrey Huang
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jhuang@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on August 11, 2021.

         */s/ James L. Etheridge*
         James L. Etheridge

## CERTIFICATE OF CONFERENCE

WSOU conferred with Huawei by email on August 10 and 11, 2021.  Huawei declined to join this motion.

*/s/ James L. Etheridge*
James L. Etheridge